**No. 41945.**—Protest 477556–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces embroidered. On the authority of *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.